**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-14145 |
| Robert E. Ullrich Jr., <br> Missy R. Ullrich, | Chapter 13 |
| Debtors. | Judge Catherine J. Furay |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Bonial & Associates, P.C. has been engaged by the interested party identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
PO Box 10826,
Greenville, South Carolina 29603-0826

                                              Respectfully submitted,
                                              Bonial & Associates, P.C.

                                              /s/ Paul W. Cervenka
                                              Paul W. Cervenka
                                              14841 Dallas Parkway, Suite 350
                                              Dallas, Texas 75254
                                              (972) 643-6600
                                              (972) 643-6698 (Telecopier)
                                              E-mail: POCInquiries@BonialPC.com
                                              Authorized Agent for NewRez LLC d/b/a
                                              Shellpoint Mortgage Servicing

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before November 13, 2024 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Robert E. Ullrich Jr.
7507 Hwy 22
Pardeeville, WI 53954

**Debtor**  *Via U.S. Mail*
Missy R. Ullrich
7507 State Rd. 22
Pardeeville WI 53954

**Debtors' Attorney**
Kristin J. Sederholm
Krekeler Law, S.c.
26 Schroeder Court, Suite 300
Madison, WI 53711

**Chapter 13 Trustee**
Mark Harring
122 West Washington Ave., Suite 500
Madison, Wisconsin 53703-2578

/s/ Paul W. Cervenka
Paul W. Cervenka