# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: § § § § | CASE NO. 19-14145 |
| ROBERT E ULLRICH, JR | |
| DEBTOR | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. BANK N.A., AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMER ICA N.A.AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK N.A., ASTRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE A SSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-RP3 C/o NewRez LLC d/b/a Shellpoint Mortgage Servicing | U.S. Bank N. A., as Trustee c/o Bank of America |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, South Carolina 29603-0826**

Phone: **(800) 365-7107**
Last Four Digits of Acct #: **xxxxxx6714**

Court Claim # (if known): 5-1
Amount of Claim: $251,309.57
Date Claim Filed: 2/13/2020

Phone: (800) 669-6607
Last Four Digits of Acct.# xxxxxx**8125**

Name and Address where transferee payments should be sent (if different from above):

**NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, South Carolina 29603-0826**

Phone: (800) 365-7107
Last Four Digits of Acct #: **xxxxxx6714**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Paul W. Cervenka                     Date:     11/29/2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before December 10, 2024 via U.S Mail. All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor** *Via U.S. Mail*
Robert E Ullrich, Jr
7507 Hwy 22
Pardeeville, WI 53954

 

                                          Respectfully Submitted,

                                          /s/ Paul W. Cervenka
                                          Paul W. Cervenka